UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-cr-363-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO UNSEAL |
| ) | INDICTMENT |
| RAMY EL SAIED ABED ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on September 6, 2018, be unsealed.

This the __27th__ day of __November__, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge