UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-cr-363-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO UNSEAL |
| ) | ARREST WARRANT |
| RAMY EL SAIED ABED ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that the arrest warrant in the above-captioned case be unsealed.

This the  4th  day of  December , 2018.

_____
LOUISE WOOD FLANAGAN
United States District Judge